UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SIMON,

    Plaintiff,

-against-

MANHATTAN MINI STORAGE, LLC, et al.,

    Defendants.

19-CV-5890 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 13, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Under 28 U.S.C. § 1367(c)(3), the Court declines to exercise its supplemental jurisdiction over any state-law claims Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 13, 2019
      New York, New York

COLLEEN McMAHON
Chief United States District Judge